| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DAVID GEOVANY FLORES, *et al.*, §
§
      Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:13-CV-381
§
PCL INDUSTRIAL CONSTRUCTION CO., §
*et al.*, §
§
      Defendants. §

## ORDER OF DISMISSAL

Pursuant to the court's order approving settlement (#57), Plaintiffs' claims are DISMISSED in their entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 22nd day of August, 2016.

*(signature)*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE